**Angel BALBUENA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–71617.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 1, 2013.

Nora Elizabeth Milner, Milner & Markee, LLP, San Diego, CA, for Petitioner.

Kristin A. Moresi, OIL, John D. Williams, Esquire, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Angel Balbuena, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's denial of adjustment of status as a matter of discretion. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary denial of adjustment of status, *see* 8 U.S.C. § 1252(a)(2)(B)(i), and Balbuena does not raise a colorable due process challenge to this discretionary determination, *see* 8 U.S.C. § 1252(a)(2)(D); *Bazua–Cota v. Gonzales,* 466 F.3d 747, 748–49 (9th Cir.2006).

In light of this disposition, we do not reach Balbuena's remaining contentions.

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

